UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>David T. Ligocki</u>

    v.                                        Case No. 18-cv-1112-SM

<u>Kim Lacasse, et al</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 8, 2020, for the reasons set forth therein.

                                          _____
                                          Steven J. McAuliffe
                                          United States District Judge

Date: April 24, 2020

cc:   David T. Ligocki, pro se